IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

United States of America,

v.

Leticia Teresa Joyner,

        Defendant.

ORDER TO REDUCE
TERM OF SUPERVISED RELEASE FOR
SUCCESSFUL COMPLETION
OF REENTRY COURT
(18 U.S.C. 3583(3)(1))

Docket Number: 1:11CR00039-002

On September 23, 2015, the defendant was accepted as a participant in the Reentry Court Program and on September 29, 2016, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of January 17, 2017.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on August 18, 2014, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program. It is recommended her term of supervision be terminated effective January 17, 2017.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_10/12/16_
Date

_/s/ Sheila K. Oberto_
The Honorable Sheila K. Oberto
United States Magistrate Judge

IT IS ORDERED that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced.

_October 13, 2016_
Date

_/s/ Lawrence J. O'Neill_
The Honorable Lawrence J. O'Neill
Chief United States District Judge

cc:    Defendant
       Assistant United States Attorney: Elana S. Landau
       Defense Counsel: Gary Huss
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office